# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

**CASE NO.:** CV 09-03944 SJO (PJWx)     **DATE:** December 17, 2009

**TITLE:** Arroyo Craftsman Lighting Inc. v. New Providence Designs Inc.

================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                                         Not Present

================================================================

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

     Plaintiff is hereby ordered to show cause in writing by not later than **January 4, 2010** why this action should not be dismissed for lack of prosecution.

     The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

- Plaintiff's filing of a motion for entry of default judgment.

     In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

     **IT IS SO ORDERED**.